UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————x

TAVARIS RICKETT,

              Petitioner,

-against-

UNITED STATES OF AMERICA,

              Respondent.
——————————————————————x

19 CV 8491 (CM)
10 CR 391-42 (CM)

ORDER TERMINATING MOTION FILED PURSUANT
TO 28 U.S.C. § 2255 AND CLOSING CASE

McMahon, C.J.:

Tavaris Rickett filed a motion to (1) vacate and dismiss his conviction on Count S15-1 of Information S15 10 CR 391 (CM), pursuant to *United States v. Davis*, 139 S. Ct. 2319 (2019), (2) vacate his sentences on the remaining counts in Indictment 10 CR 391-42 & Criminal Information S9 10 CR 391, and (3) to be resentenced on the remaining counts. The Court granted the motion.

On December 4, 2019, Rickett's conviction on Count S15-1 of Information S15 10 CR 391 (CM) was vacated and dismissed, and he was resentenced on remaining counts in Indictment 10 CR 391-42 & Criminal Information S9 10 CR 391 to **TIME SERVED.**

Accordingly, the Clerk of the Court is directed to close this case.

Dated: January 23, 2020

                                          /s/ Colleen McMahon
                                          Chief Judge

1